UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WORLD CHESS MUSEUM, INC., d/b/a<br>WORLD CHESS HALL OF FAME,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WORLD CHESS FEDERATION, INC. and<br>STAN VAUGHAN,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-00345-RCJ-GWF<br><br>**ORDER**<br><br>Motion for Relief from Scheduling<br>Order (#27) |

　　　This matter comes before the Court on Defendants' Motion for Relief from Scheduling Order (#27), filed on October 18, 2013.  Defendants move to extend the discovery deadlines remaining in this litigation for 60 days.

　　　Local Rule 26-7(b) provides that discovery motions "will not be considered unless a statement of the movant is attached thereto certifying that, after personal consultation and sincere effort to do so, the parties have been unable to resolve the matter without Court action."  Defendants include no such statement in the instant Motion.  Therefore, the Court will deny the Motion and instruct Defendants to meet and confer with Plaintiff regarding any desired extension of the deadlines in the current Scheduling Order (#22).  Accordingly,

　　　**IT IS HEREBY ORDERED** that Defendants' Motion for Relief from the Scheduling Order (#27) is **denied** without prejudice.

　　　DATED this 21st day of October, 2013.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge