# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WORLD CHESS MUSEUM, INC., d/b/a<br>WORLD CHESS HALL OF FAME,<br><br>        Plaintiff,<br><br>vs.<br><br>WORLD CHESS FEDERATION, INC. and<br>STAN VAUGHAN,<br><br>        Defendants. | Case No.  2:13-cv-00345-RCJ-GWF<br><br>**ORDER** |

This matter is before the Court on a Motion to Withdraw as Counsel of Record (#75) filed May 12, 2015. Airene Williamson and the law firm Williamson Law Office, PLLC seek to withdraw as counsel of record for Defendant World Chess Federation, Inc. The Court conducted a hearing in this matter on May 20, 2015. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record for Defendant World Chess Federation, Inc. (#75) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Defendant World Chess Federation, Inc. with a copy of this order at the defendant's last known address:

    World Chess Federation, Inc.
    c/o Natalia G. Gonzalez
    904 Ambusher Street
    Henderson, Nevada 89014

. . .

**IT IS FURTHER ORDERED** that the Clerk shall add the last known address of Defendant World Chess Federation, Inc., c/o Natalia G. Gonzalez, 904 Ambusher Street, Henderson, Nevada 89014, to the civil docket.

**IT IS FURTHER ORDERED** that Defendant World Chess Federation, Inc. shall have until **June 22, 2015** to retain new counsel.  A corporation may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  If Defendant corporation intends to continue to defend this matter, it is required to obtain legal counsel.  Failure to retain new counsel to represent World Chess Federation, Inc. will result in its default being entered.

DATED this 20th day of May, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge