**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WORLD CHESS MUSEUM, INC., d/b/a WORLD CHESS HALL OF FAME,<br><br>        Plaintiff,<br><br>vs.<br><br>WORLD CHESS FEDERATION, INC. and STAN VAUGHAN,<br><br>        Defendants. | Case No. 2:13-cv-00345-RCJ-GWF<br><br>**ORDER** |

    This matter is before the Court on Plaintiff's Motion for Entry of Default Against Defendant World Chess Federation, Inc. (#82), filed on July 7, 2015. No opposition was filed, and the time to do so has now passed.

    On May 20, 2015, Airene Williamson withdrew as counsel for Defendant World Chess Federation, Inc. The Court instructed the Defendant to retain new counsel by June 22, 2015, and informed the Defendant that failure to retain new counsel "will result in its default being entered." *See* Order (#80). The Defendant has failed to retain new counsel. Defendant requested an extension of time to acquire new counsel on June 17, 2015. The Court denied this request, as it was not styled as a motion. *See Minute Order* (#81). More than a month has passed since Defendant filed that letter with the Court, and it has yet to retain counsel. The failure of the Defendant to obtain new counsel despite a Court order is grounds for the entry of default. *See Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust for S. Nevada v. Granite Works, Inc.*, 2011 WL 3159099 at *1-2 *(D. Nev. 2011)* (citing *Hoxworth v. Blinder, Robinson & Co., Inc.*, 980 F.2d 912, 918 (9th Cir. 1992)). Accordingly,

. . .

**IT IS HEREBY ORDERED** that the Plaintiff's Motion for Entry of Default Against Defendant World Chess Federation, Inc. (#82) is **granted**.  The Clerk of the Court is hereby instructed to enter default against Defendant World Chess Federation, Inc.

**DATED** this 28th day of July, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge